## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | |
|---|---|
| MARC IRWIN SHARFMAN M.D., P.A., a Florida corporation, individually and as the representative of a class of similarly-situated persons, <br><br> Plaintiff, <br><br> v. <br><br> SITERX, INC., a Delaware corporation, and PRODUCTS4DOCTORS LLC, a Florida limited liability company, <br><br> Defendants. | Case No: 6:22-cv-00117-RBD-GJK |

## NOTICE OF SETTLEMENT

Plaintiff, MARC IRWIN SHARFMAN M.D., P.A., hereby gives written notice pursuant to Local Rule 3.08 to the Court that the parties have reached a settlement in this case that will resolve all of the issues raised in this dispute and dispose of this entire action. The parties anticipate filing a Joint Stipulation of Voluntary Dismissal once the settlement has been finalized.

Respectfully submitted,

MARC IRWIN SHARFMAN M.D., P.A., individually and as the representative of a class of similarly-situated persons

s/ Ryan M. Kelly
Ryan M. Kelly – FL Bar No.: 90110

>ANDERSON + WANCA
>3701 Algonquin Road, Suite 500
>Rolling Meadows, IL  60008
>Telephone: 847-368-1500
>rkelly@andersonwanca.com
>Email: rkelly@andersonwanca.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 19, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filings to all counsel of record.

>/s/ Ryan M. Kelly