UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| MARC IRWIN SHARFMAN M.D., P.A., a Florida corporation, individually and as the representative of a class of similarly-situated persons,<br><br>  Plaintiff,<br><br>v.<br><br>SITERX, INC., a Delaware corporation, and PRODUCTS4DOCTORS LLC, a Florida limited liability company,<br><br>  Defendants. | Civil No: 6:22-cv-00117-RBD-GJK |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii), Plaintiff, MARC IRWIN SHARFMAN M.D., P.A., and Defendants, SITERX INC. and PRODUCTS4DOCTORS LLC, hereby dismiss this action with prejudice, class allegations without prejudice, each party to bear its own costs.

Respectfully submitted,

For Plaintiff:

/s/ Ryan M. Kelly
Ryan M. Kelly – FL Bar 90110
ANDERSON + WANCA
3701 Algonquin Rd., Suite 500
rkelly@andersonwanca.com

For Defendant SiteRx Inc.:

/s/ Johnathan Blackmore
Johnathan Blackmore – FL Bar 67902
Roland E. Schwartz – FL Bar 712078
GRAYROBINSON, P.A.
Jonathan.Blackmore@gray-robinson.com

        Edward J. Naughton – *Pro Hac Vice*
        BROWN RUDNICK LLP
        enaughton@brownrudnick.com

        For Defendant, Products4Doctors LLC:

        /s/ *eric karukin*
        Eric Karukin, Member

## CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2022, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court using the CM/ECF system which will send notification of such filings to all counsel of record.

        /s/ Ryan M. Kelly